

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0875-20

### JACKIE LETT, Appellant

### V.

### THE STATE OF TEXAS

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE AUSTIN COURT OF APPEALS
### BURNET COUNTY

*Per curiam.* **YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.**

## O P I N I O N

Appellant was convicted of seventeen counts of sexual assault of a child. Punishment was assessed at fifteen years confinement on Count 1 and fifteen years confinement on Count 17. As to Counts 2 through 16, punishment was assessed at ten

years confinement on each count, the sentences were suspended and appellant was placed on community supervision for ten years on each count. In the bill of costs, the trial court assessed Appellant a $25 time payment fee. *See* TEX. LOCAL GOV'T CODE § 133.103. On appeal, the Court of Appeals struck a portion of that fee as being unconstitutional. *Lett v. State*, No. 03-19-00105-CR (Tex. App. – Austin August 13, 2020).

The State has filed a petition for discretionary review arguing that the time payment fee was prematurely assessed. We recently handed down our opinion in *Dulin v. State*, Nos. PD-0856-19 & PD-0857-19, 2021 Tex. Crim. App. LEXIS 273 (Tex. Crim. App. Mar. 31, 2021), in which we held that the time payment fee was assessed prematurely because the pendency of appeal suspends the obligation to pay court costs.

Accordingly, we grant ground one of the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals for proceedings consistent with this opinion. The State's other grounds are refused.

DATE DELIVERED: May 12, 2021
DO NOT PUBLISH